# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0596. IN THE INTEREST OF K. P., A CHILD (MOTHER).**

The parents of minor child K. P. were divorced in July 2018 with the mother having primary physical custody. The divorce decree incorporated a settlement agreement which provided that the parties agreed to change the last name of the child to the mother's last name. In October 2018, the mother filed a petition to change the name of the child in accordance with the settlement agreement. Following a hearing, the trial court denied the petition. The mother then filed a timely notice of appeal. We, however, lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005).  Appeals in such matters must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (2), (b); *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471

SE2d 60) (1996). The mother's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   12/09/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*